SEALED

1  McGregor Scott
   United States Attorney
2  MICHELLE RODRIGUEZ
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  (916) 554-2700



FILED

APR 1 1 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN RE:   SEALED

Salvador garcia

)
) SW NO. 2:18-MJ-0082
)            KJN
)
)
)
) SEALING ORDER
)
)

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the documents in the above referenced case shall be sealed until further order of the Court.

DATED: April 11, 2018

~~DATED:~~

HONORABLE KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

SEALING ORDER