PHILLIP A. TALBERT
Acting United States Attorney
MICHELLE RODRIGUEZ
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED

Oct 12, 2021

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>SALVADOR GARCIA, JR.,<br><br>  Defendant. | CASE NO. 2:18-MJ-00082-KJN<br><br>ORDER UNSEALING CRIMINAL COMPLAINT |

   Pursuant to Local Rule 141(f) and based upon the Government's Motion to Unseal the Criminal Complaint, IT IS HEREBY ORDERED that the Criminal Complaint and Affidavit in support of the Criminal Complaint in 2:18-MJ-00082-KJN are **UNSEALED**.

   **IT IS SO ORDERED**.

DATED: October 12, 2021

_____
HON. JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE