PHILLIP A. TALBERT
Acting United States Attorney
MICHELLE RODRIGUEZ
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
Oct 12, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>SALVADOR GARCIA, JR.,<br><br>　　　　　　　Defendant. | CASE NO. 2:18-MJ-00082-KJN<br><br>~~[PROPOSED]~~ ORDER |

The United States' motion to dismiss without prejudice the complaint charging a violation of 18 USC 1073, unlawful flight to avoid prosecution (UFAP), and its accompanying arrest warrant, all in the above referenced case, 2:18-MJ-00082-KJN, against SALVADOR GARCIA, JR. is GRANTED.

Dated: October 12, 2021

_____
HON. JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE